No. 87–1235. ABBAMONTE v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 87–1305. KOONS FORD OF ANNAPOLIS, INC. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 4th Cir. Certiorari denied. 

No. 87–1306. SOUTH CENTRAL ENTERPRISES, INC., ET AL. v. FARRINGTON, TRUSTEE. C. A. 8th Cir. Certiorari denied. 

No. 87–1415. MISSOURI HIGHWAY AND TRANSPORTATION COMMISSION ET AL. v. CATLETT ET AL.; and

No. 87–1416. CATLETT ET AL. v. MISSOURI HIGHWAY AND TRANSPORTATION COMMISSION ET AL. C. A. 8th Cir. Certiorari denied. 

No. 87–1455. FLORIDA POWER & LIGHT CO. v. WESTINGHOUSE ELECTRIC CORP. C. A. 4th Cir. Certiorari denied. 

No. 87–1459. IN RE ALEXANDER. C. A. D. C. Cir. Certiorari denied. 

No. 87–1464. AGNEW ET AL. v. ALICANTO, S. A., ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 838 F. 2d 1202.

No. 87–1468. PHILLIPS v. MINER. Ct. App. La., 3d Cir. Certiorari denied.

No. 87–1480. WINNEBAGO TRIBE OF NEBRASKA v. DEPARTMENT OF REVENUE OF IOWA ET AL. C. A. 8th Cir. Certiorari denied. 

No. 87–1482. MASTELOTTO ET AL. v. EXXON CO., U. S. A. C. A. 9th Cir. Certiorari denied. 

No. 87–1486. JURISICH v. LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES ET AL. Ct. App. La., 4th Cir. Certiorari denied.